1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

HERINEO SERRANO,                          1:09-cv-00993-DLB (HC)

                   Petitioner,

                             ORDER AUTHORIZING IN FORMA
      v.                      PAUPERIS STATUS

PAT L. VASQUEZ, Warden

                   Respondent.

_____/

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254.   Pursuant to 28 U.S.C. § 1915, Petitioner is hereby

AUTHORIZED to proceed in forma pauperis.


     IT IS SO ORDERED.

    **Dated:**   **July 6, 2009**           **/s/ Dennis L. Beck**
                                 UNITED STATES MAGISTRATE JUDGE